UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SALVADOR, CARLOS | § | Case No. 11-50236 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/26/2012 in Courtroom 250,

US Courthouse
100 S. 3rd St.
Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2012          By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
SALVADOR, CARLOS                   §      Case No. 11-50236
                                   §
           Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Roy Safanda | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: Roy Safanda | $ 28.65 | $ 0.00 | $ 28.65 |
| Attorney for Trustee Fees: Roy Safanda, Attorney | $ 337.50 | $ 0.00 | $ 337.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,916.15 |
| Remaining Balance | $ 6,083.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,561.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance, LLC Harlem Furniture World Financial Network National Bank P.O. Box 2036 Warren, MI 48090 | $ 6,740.97 | $ 0.00 | $ 1,435.86 |
| 000002 | Asset Acceptance, LLC Harlem Furniture World Financial Network National Bank P.O. Box 2036 Warren, MI 48090 | $ 4,235.71 | $ 0.00 | $ 902.23 |
| 000003 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | $ 17,585.24 | $ 0.00 | $ 3,745.76 |

Total to be paid to timely general unsecured creditors    $    6,083.85

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
  Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-50236-MB
Carlos Salvador                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: lhatch              Page 1 of 3              Date Rcvd: Jun 15, 2012
                             Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2012.
```
db         +Carlos Salvador,    511 Walnut Street,    Saint Charles, IL 60174-2728
18257811   +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18257812   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18257816   +Kane County Clerk of Court,    Doc#2011 SC 1062,    PO Box 112,    Geneva, IL 60134-0112
18257798   +State Collection Servi,    Attn: Bankruptcy Dept.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
18257805   +Toyota Motor Credit,    Attn: Bankruptcy Dept.,    1111 W 22Nd St Ste 420,
             Oak Brook, IL 60523-1959
18257813   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
18257807   +Village OF Hoffman Estates,    C/O Sonnenschein FNL SVCS,    2 Transam Plaza Dr Ste 3,
             Oakbrook Terrace, IL 60181-4823
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18257815    E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 16 2012 00:27:44     Asset Acceptance,
             Bankruptcy Department,    PO Box 795161,    San Antonio, TX 78279-5161
18572328   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 16 2012 00:27:44     Asset Acceptance, LLC,
             Harlem Furniture,    World Financial Network National Bank,    P.O. Box 2036,
             Warren, MI 48090-2036
18257802   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 16 2012 00:27:44     Bally Total Fitness,
             C/O Asset Acceptance LLC,    Po Box 2036,    Warren, MI 48090-2036
18257800   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 16 2012 00:27:44     Citibank,
             C/O Asset Acceptance LLC,    Po Box 2036,    Warren, MI 48090-2036
18257801   +E-mail/Text: clerical.department@yahoo.com Jun 16 2012 03:07:56     Creditors Collection B,
             Attn: Bankruptcy Dept.,    755 Almar Pkwy,    Bourbonnais, IL 60914-2393
18257804   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 16 2012 00:27:44
             HARLEM FURNITURE / WORLD FINAN,    C/O Asset Acceptance LLC,    Po Box 2036,
             Warren, MI 48090-2036
18257803   +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Jun 16 2012 03:31:29     Northwest Collectors,
             Attn: Bankruptcy Dept.,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
18257806   +E-mail/PDF: pa_dc_claims@salliemae.com Jun 16 2012 04:05:11     Sallie MAE,
             Attn: Bankruptcy Dept.,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
18663000   +E-mail/PDF: pa_dc_claims@salliemae.com Jun 16 2012 04:05:11     Sallie Mae,   c/o Sallie Mae Inc.,
             220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18257799*   +State Collection Servi,    Attn: Bankruptcy Dept.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
18257808*   +Village OF Hoffman Estates,    C/O Sonnenschein FNL SVCS,    2 Transam Plaza Dr Ste 3,
             Oakbrook Terrace, IL 60181-4823
18257809*   +Village OF Hoffman Estates,    C/O Sonnenschein FNL SVCS,    2 Transam Plaza Dr Ste 3,
             Oakbrook Terrace, IL 60181-4823
18257810*   +Village OF Hoffman Estates,    C/O Sonnenschein FNL SVCS,    2 Transam Plaza Dr Ste 3,
             Oakbrook Terrace, IL 60181-4823
18257814  ##+Resurgence Financial,    Bankruptcy Department,    4100 Commercial Avenue,
             Northbrook, IL 60062-1833
                                                                                   TOTALS: 0, * 4, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: lhatch              Page 2 of 3              Date Rcvd: Jun 15, 2012
                               Form ID: pdf006           Total Noticed: 17
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2012**                        **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: lhatch               Page 3 of 3              Date Rcvd: Jun 15, 2012
                              Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2012 at the address(es) listed below:

```
          Alex   Wilson    on behalf of Debtor Carlos Salvador ndil@geracilaw.com
          Carl F Safanda    on behalf of Trustee Roy Safanda csafanda@xnet.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roy   Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
          Roy   Safanda, Esq   on behalf of Trustee Roy Safanda rsafanda@xnet.com
                                                                                    TOTAL: 5
```